# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 16-00791 WDK-PLA | Date | December 14, 2017 |
|---|---|---|---|
| Title | J & J SPORTS PRODUCTIONS, INC. V. SOMROJ OPAL CHAIYAKHAM, ET AL. | | |

| Present: The Honorable | WILLIAM D. KELLER | |
|---|---|---|
| CHERYL WYNN | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers:) THIRD-PARTY DEFENDANT'S MOTION TO DISMISS [37]**

On April 28, 2016, plaintiff J & J Sports Productions, Inc. filed suit against defendants and third-party plaintiffs Somroj Opal Chaiyakham, individually and d/b/a Thai on Main, Pascal Chheng, individually and d/b/a Thai on Main, and Srithai, Inc., an unknown business entity d/b/a Thai on Main (hereinafter "third-party plaintiffs"), alleging violations of 47 U.S.C. §§ 605 and 553, conversion, and violation of California Business and Professions Code § 17200, *et seq.* Third-party plaintiffs are seeking indemnification from Frontier California, Inc. ("Frontier") and have filed a First Amended Third-Party Complaint against Frontier alleging the following claims: (1) negligent misrepresentation; (2) negligence; (3) violation of California Business and Professions Code section 17200; (4) declaratory relief/judgment pursuant to 28 U.S.C. section 2201; (5) indemnification pursuant to California Code of Civil Procedure section 1060, declaratory relief for equitable comparative indemnity, and implied contractual indemnity; and (6) tort of another. (*See* Doc. No. 31.)

Before the Court is Frontier's Motion to Dismiss the First Amended Third-Party Complaint. The Court has considered the papers filed in support of and in opposition to the motion, and deems the matter appropriate for resolution without oral argument. *See* L.R. 7-15.

For the reasons stated by Frontier, the Motion to Dismiss the First Amended Third-Party Complaint is GRANTED with leave to amend by January 16, 2018. *See Doherty v. Wireless Broad. Sys. of Sacramento, Inc.,* 151 F.3d 1129, 1131 (9th Cir. 1998), *cert. denied,* 528 U.S. 813 (1999).

IT IS SO ORDERED.

                                                                                              :

Initials of Preparer          cw