JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SOMROJ OPAL CHAIYAKHAM, ET AL.,**<br><br>Defendants. | Case No. SA CV 16-00791 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Somroj Opal Chaiyakham, individually and doing business as Thai on Main, Pascal Chheng, individually and doing business as Thai on Main, and Srithai, Inc., an unknown business entity doing business as Thai on Main, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 63.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Somroj Opal Chaiyakham, individually and doing business as Thai on Main, Pascal Chheng, individually and doing business as Thai on Main, and Srithai, Inc., an unknown business entity doing business as Thai on Main, shall pay the plaintiff, J & J Sports Productions, Inc., $9,000.00 in total damages.

Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: November 29, 2018

_____
William Keller
United States District Judge